UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22930-CIV-SEITZ /O'SULLIVAN

MICHAEL LITTLE,

    Petitioner,

v.

DEPT. OF CORRECTIONS,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER is before the Court on the Report and Recommendation [DE-5] of the Honorable Patrick A. White, Magistrate Judge, to which no party has filed an objection. Judge White recommends that the Court transferring the action to the Northern District of Florida as the Petitioner is confined in that District and the petition does not attack the validity of conviction. Having reviewed the Recommendation, and there being no objection thereto[1], it is hereby

ORDERED that

(1) Judge White's Report and Recommendation [DE-5] is AFFIRMED AND ADOPTED.

(2) The Clerk of the Court shall TRANSFER this case in its entirety to the Northern District of Florida.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 19 day of April, 2010.

*(signature)*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record/Pro se parties

---

[1] Petitioner filed a document docketed as an objection to the Report & Recommendation, but Petitioner submitted the filing five days before the entry of the Report and the filing does not address transfer issue discussed in the Report.