**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL JEROME LITTLE,
    Plaintiff,

vs.                            Case No. 3:10cv117/MCR/EMT

R. TIFFT, WARDEN, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 1, 2010 (Doc. 27). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for Plaintiff's abuse of the judicial process.

**DONE AND ORDERED** this 3rd day of August, 2010.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**